

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Robert
Moore and Zulema Juana Maria Rodriguez
Calderon Moore

No. 06-22-00035-CV

Appeal from the 102nd District Court of
Bowie County, Texas (Tr. Ct. No.
18D0758-102). Memorandum Opinion
delivered by Justice van Cleef, Chief
Justice Morriss and Justice Stevens
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court
below. We affirm the judgment of the trial court.

We further order that the appellant, Zulema Juana Maria Rodriguez Calderon Moore, pay
all costs incurred by reason of this appeal.

RENDERED OCTOBER 19, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk